In the United States District Court for the
Western District of Oklahoma

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-14-341-SLP |
| | ) | |
| William Vontrail Johnson, | ) | |
| | ) | |
| Defendant. | ) | |

Notice Regarding Defendant's Ineligibility for Reduction of Sentence Under 18 U.S.C. § 3582(c)(2) Based on the Retroactive Application of U.S.S.G. Amendment 821

Laura K. Deskin, OBA #30371
Assistant Federal Public Defender
215 Dean A. McGee, Suite 109
Oklahoma City, Oklahoma 73102
Phone: 405-609-5944
laura_deskin@fd.org

**Notice to Court for the Record**

On December 17, 2025, the United States Probation Office filed its *Preliminary Report for Consideration of Sentence Reduction Based on Amendment 821* advising that defendant Johnson was not eligible for a reduction to his sentence under Amendment 821. Doc. 96.

The Federal Public Defender's Office hereby notifies the Court that it agrees with probation's preliminary report. As such, the Federal Public Defender's Office does not intend to file an "Amendment 821" motion on behalf of Mr. Johnson. The undersigned counsel will advise Mr. Johnson accordingly.

Respectfully submitted,

/s/ *Laura K. Deskin*

Laura K. Deskin, OBA #30371
Assistant Federal Public Defender
215 Dean A. McGee, Suite 109
Oklahoma City, Oklahoma 73102
Telephone: (405) 609-5944
laura_deskin@fd.org

**Certificate of Service**

I hereby certify that on January 15, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to any ECF Registrants in this matter.

/s/ *Laura K. Deskin*